ACCEPTED
03-13-00790-CV
5216415
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 3:30:06 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

| | | |
|---|---|---|
| T. Mark Anderson, as co-executor of the estate of Ted Anderson, and Christine Anderson, as co-executor of the estate of Ted Anderson, Appellants | § § § § § § § § | IN THE THIRD |
| v. | § § § § | COURT OF APPEALS |
| Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer, Appellees | § § § § § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 3:30:06 PM
JEFFREY D. KYLE
Clerk

## CROSS-APPELLEES'  FOURTH MOTION TO EXTEND TIME TO FILE BRIEF

Cross-Appellees ask the Court to extend the time to file their brief.

### A. Introduction

1. Cross-Appellees are T. Mark Anderson, as co-executor of the estate of Ted Anderson, and Christine Anderson, as co-executor of the estate of Ted Anderson.  Cross Appellants are Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer .

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

### B. Argument & Authorities

3. The Court has the authority under Texas Rule of Appellate Procedure

38.6(d) to extend the time to file a brief.

4. Cross-Appellees brief is due on May 8, 2015.

5. Cross-Appellees request an extension to file their brief, extending the time until May 22, 2015.

7. Cross-Appellees need additional time to file their brief for the following reasons:

Personal and family medical problems have interfered with counsel's ability to complete the brief. Attached as exhibit A is a letter from counsel's physician. Counsel has made arrangements for assistance with his solo practice because of these health problems.

8. No further extensions will be requested.

## C. Certificate of Conference

9. Prior to filing this motion, counsel for Cross-Appellees contacted counsel for Cross-Appellants to discuss this matter, and Appellees oppose this extension.

## D. Conclusion

10. For the above reasons, Cross-appellees ask the Court to grant an extension of time to file their brief until May 22, 2015.

Respectfully submitted,

**THE LAW OFFICE OF
GERALD D. MCFARLEN, PC**
28 Fabra Oaks Road
Boerne, TX 78006
Phone: (830) 331-8554
Fax: (210) 568-4305
Email: *gmcfarlen@mcfarlenlaw.com*


BY: /s/ Gerald D. McFarlen
GERALD D. McFARLEN
State Bar No. 13604500

ATTORNEYS    FOR    CROSS
APPELLEES


### Verification

On the 8th day of May, personally appeared Gerald D. McFarlen, who, being first duly sworn, upon his oath stated he is the attorney for Cross-appellees, that he is familiar with the facts stated in the above motion, and they are within his knowledge and true and correct.

_____
Gerald D. McFarlen


Subscribed and sworn to before me this 24th day of September, 2014.

_____
Notary Public

NITA MASTIN
Notary Public
STATE OF TEXAS
My Comm. Exp. 01/27/2017

## CERTIFICATE OF SERVICE

I do hereby certify that on the 8th day of May, 2015, a true and correct copy of the foregoing motion was furnished to all counsel of record in accordance with the Texas Rules of Civil Procedure.

Laurie Ratliff
Ikard, Golden, Jones, P.C.
400 West 15th Street, Suite 975
Austin, Texas 78701
ATTORNEYS FOR APPELLEES/CROSS APPELLANTS


/s/ Gerald D. McFarlen
GERALD D. McFARLEN

# Christopher B. Ticknor, MD

1202 E. Sonterra Blvd, Suite 202
San Antonio, Texas 78258
Ph: 210.692.7775    fax: 210.615.6966

Re: Gerald D. McFarlen                                    May 8, 2015

To Whom This May Concern:

Mr. Gerald McFarlen is a patient under my medical care. His medical conditions have recently made necessary diagnostic medical tests and changes in medications.

I would respectfully request that he be accommodated in having additional time to meet deadlines in his practice of law as his conditions, required medical treatment and care necessitate some degree of interference with his usual activities and time schedule.

If you have questions, please do not hesitate to contact me. Thank you for your consideration.

Sincerely,

    Signed electronically.

Christopher B. Ticknor, M.D.